NO. 07-10-0314-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

AUGUST 18, 2010
_____

JOHNNY EDWARDS,

Appellant

v.

THE STATE OF TEXAS,

Appellee
_____

FROM THE 181st DISTRICT COURT OF POTTER COUNTY;

NO. 51,148-B; HON. JOHN B. BOARD, PRESIDING
_____

***ORDER OF DISMISSAL***
_____

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Appellant, Johnny Edwards, appeals his conviction for assault on a public servant. The certification of right to appeal executed by the trial court states that this "is a plea bargain case and the defendant has NO right of appeal." This circumstance was brought to the attention of appellant and opportunity was granted him to obtain an amended certification entitling him to appeal. No such certification was received within the time we

allotted.  Having received no amended certification, we dismiss the appeal per Texas Rule of Appellate Procedure 25.2(d).

Per Curiam

Do not publish.

2